

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN AMASTAL, PAMELA BENN, JUAN CAMARILLO, JOSE CHECO, JORGE DIAZ, EDISON DELEG, EUSEBIO ESPINOZA, MIGUEL ESPINOZA, CHRISTIAN FLORES, VICTOR FONSECA, CAMERINO GALICIA, ALBERTO GONZALEZ, IVAN GONZALEZ, MARCO GUAMAN, DAVID JUNCAL, JONATHAN MARTINEZ, FERNANDO MORAN, CESAR MUNOZ, CHRISTIAN ONCE, NESTOR PALAQUIBAY, WILSON PORTOVIEJO, FABIAN QUIROGA, JAVIER RAMIREZ, FREDDY RICHARDS, HUGO ROSAS, RICHARD SHIN, KLEVER VIRI, CORNELIO XOCHIMTL, and ABRAHAM ZUMBA,

Plaintiffs,

-against-

PASTA RESOURCES INC., IL POSTO MANAGEMENT LLC d/b/a DEL POSTO RISTORANTE, MARIO BATALI, LIDIA MATTICCHIO BASTIANICH and JOSEPH BASTIANICH,

Defendants.

Case No. 10-cv-7748 (RJH)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

WHEREAS, no party herein is an incompetent for whom a Committee has been appointed; and

WHEREAS, there is no person not a party who has an interest in the subject matter of this action; and

WHEREAS, this Settlement Agreement has been judicially approved; it is hereby

STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the above-captioned action be dismissed in its entirety and with prejudice in

accordance with Rule 41(a) of the Federal Rules of Civil Procedure and without costs or attorneys' fees to any party.

|  |  |
|---|---|
| LEWIS, CLIFTON & NIKOLAIDIS, P.C. | FOX ROTHSCHILD LLP. |

By: _____     By: _____
Elaine Smith                                              Eli Z. Freedberg
Attorneys for Plaintiffs                            Attorneys for Defendants
350 Seventh Avenue, Suite 1800         100 Park Avenue
New York, New York 10001                New York, New York 10017
(212) 419-1500                                      (212) 878-7900

Date: 9/20/12                                          Date:

SO ORDERED

_Ronald L. Ellis_  9-24-12
U.S.M.J.